UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO STATE PRISON,<br><br>    Defendant. | No. 2: 17-cv-1554 KJN P<br><br><br><u>ORDER</u> |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2017, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 7.)

On August 25, 2017, plaintiff filed a letter with the court (docketed as "amended complaint"). (ECF No. 11.) While plaintiff discusses his claims in the letter, he also requests a thirty days extension of time to file his amended complaint. Accordingly, the undersigned construes this letter as a request for an extension of time to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order to file an amended complaint;

////
////
////

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint by a prisoner.

Dated: September 13, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lop1554.ord