UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO LOPEZ, | No. 2: 17-cv-1554 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO STATE PRISON, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 6.)

On August 15, 2017, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 7.) On August 25, 2017, plaintiff filed a letter with the court (docketed as "amended complaint") requesting an extension of time to file an amended complaint. (ECF No. 11.) On September 13, 2017, the undersigned granted plaintiff thirty days to file an amended complaint. (ECF No. 12.)

Thirty days passed and plaintiff did not file an amended complaint or otherwise respond to the September 13, 2017 order.

////
////
////

1 | Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
2 | order, plaintiff shall show cause why this action should not be dismissed for his failure to file an
3 | amended complaint; failure to respond to this order will result in dismissal of this action.
4 | Dated: October 23, 2017

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lop1554.osc