UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO STATE PRISON,<br><br>　　　　　　Defendant. | No. 2: 17-cv-1554 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2017, the undersigned ordered plaintiff to show cause, within fourteen days, why this action should not be dismissed for his failure to file an amended complaint. (ECF No. 13.) In this order, the undersigned cautioned plaintiff that failure to respond to this order would result in dismissal of this action. (Id.)

Fourteen days passed and plaintiff failed to respond to the October 23, 2017 order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 27, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lop1554.fr